# United States District Court
## Central District of California

**UNITED STATES OF AMERICA vs. TRAVIS CARL RICHARDSON**   Docket No.   CR 08-00478-CT

**Defendant**   TRAVIS CARL RICHARDSON

**akas:**   N/A

### [NAME CORRECTION] JUDGMENT IN A CRIMINAL CASE

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 7 | 15 | 2008 |

**COUNSEL**   [X] WITH COUNSEL   Gerald Salseda, DFPD
(Name of Counsel)

**PLEA**   [X] GUILTY, and the Court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**   There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

49 U.S.C. § 46506(1) and U.S.C. § 113(a)(4): Assault on an Aircraft

**JUDGMENT AND PROB/COMM ORDER**   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

It is ordered that the defendant shall pay to the United States a special assessment of $ 10.00, which is due immediately.

It is ordered that the defendant shall pay restitution in the amount of $2,954.90 pursuant to 18 U.S.C. § 3663A.

The amount of restitution ordered shall be paid as follows:

| Victim | Amount |
|---|---|
| Delta Airlines, Inc. | $2,562.68 |
| Sheri Paul | $392.22 |

A partial payment of at least $500.00 shall be paid immediately. Victim Sheri Paul is to be paid by the initial payment. The balance of the restitution shall be paid in monthly installments of at least $300.00 during the term of probation. These payments shall begin 30 days after the commencement of supervision

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Travis Carl Richardson, shall be placed on probation on Count 1 of the Information for a term of 2 years under the following terms and conditions:

1.   The defendant shall comply with the rules and regulations of the U.S. Probation Office and General order 318 as amended by General Order 05-02 filed on January 18, 2005;

2.   The defendant shall refrain from any unlawful use of a controlled substance or alcohol. The defendant shall submit to one drug and alcohol test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

3.   The defendant shall participate in an outpatient alcohol and substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using

   illicit drugs and alcohol, and abusing prescription medications during the period of supervision;

4. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug or alcohol treatment program approved by the United States Probation Office for treatment of alcohol or narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;

5. The defendant shall participate in an anger management counseling program as approved and directed by the Probation Officer;

6. As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug and alcohol dependency and anger management counseling to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672.  The defendant shall provide payment and proof of payment as directed by the Probation Officer;

7. During the period of community supervision the defendant shall pay restitution in accordance with this judgment's orders pertaining to such payment;

8. The defendant shall perform 400 hours of community service, as directed by the Probation Officer and the court recommends that the community service be performed at an airport; and

9. The defendant shall cooperate in the collection of a DNA sample from the defendant.

|  |  |
|---|---|
| July 15, 2008 | CAROLYN TURCHIN |
| Date | CAROLYN TURCHIN, U.S. Magistrate Judge |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

|  |  |
|---|---|
| July 15, 2008 | Deborah A. Malone |
| Filed Date | Deputy Clerk |

**RETURN**

I have executed the within Judgment and Commitment as follows:

to

Defendant delivered on
Defendant noted on appeal on
Defendant released on
Mandate issued on
Defendant's appeal determined on
Defendant delivered on    to
 at
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By: _____

Date                                                                Deputy Marshal